1

DAN FARRAR
Attorney at Law
2          SBN 155217
P.O. Box 3382
3      Turlock CA 95381-3382
Telephone (209)634-5500
4      Facsimile (209)634-5556

5    Attorney for Defendants

6

7

8                **IN THE UNITED STATES DISTRICT COURT**

9                **EASTERN DISTRICT OF CALIFORNIA**

10   Lance David, et al,                    )    No.  2:25-CV-00534-DC-SCR
                         Plaintiffs,        )
11            v.                            )
                                           )    Ballance and Orr's Answer to Complaint
12   County of Stanislaus, et al,           )    for Damages
                                           )
13                       Defendants.        )    Demand for Trial by Jury
                                           )
14   _____      )

15

16        Defendants, Barry Ballance and Matthew Orr, answer the complaint as follows:

17        Pursuant to Federal Rules of Procedure, Rule 8(b), these answering defendants controvert

18   all of the averments of the complaint and therefore generally deny all of the averments, except for

19   the following designated averments, which are admitted to the extent stated and denied in all other

20   respects:

21        1.   Jurisdiction and venue are properly in this court, based upon the allegations of the

22   complaint.

23        2.  At all times relevant, these answering defendants were acting in their capacity as peace

24   officers employed by the County of Stanislaus.

25                        <u>AFFIRMATIVE DEFENSES</u>

26        **As and for a first, separate and distinct affirmative defense**, these answering

27   defendants are informed and believe and thereon allege that the plaintiffs and others were

28   negligent in and about the matters and things alleged in the complaint and said negligence caused

     or contributed to the injuries and damages alleged.

     Ballance and Orr's Answer to Complaint for Damages                                    1

1      **As and for a second, separate and distinct affirmative defense**, these answering

2 defendants are informed and believe and thereon allege that the plaintiffs have failed to state facts

3 sufficient to constitute a cause of action under state law and under federal law against these

4 defendants.

5      **As and for a third, separate and distinct affirmative defense**, these answering

6 defendants are informed and believe and thereon allege that the plaintiffs have failed to state facts

7 sufficient to bring the state law causes of action within the provisions of Government Code

8 sections 810-996.6

9      **As and for a fourth, separate and distinct affirmative defense**, these answering

10 defendants are informed and believe and thereon allege they are entitled to qualified immunity for

11 the acts alleged in the complaint.

12      **As and for a fifth, separate and distinct affirmative defense**, these answering

13 defendants are informed and believe and thereon allege that the plaintiffs have failed to mitigate

14 their claimed damages.

15      **As and for a sixth, separate and distinct affirmative defense**, these answering

16 defendants are informed and believe and thereon allege that the acts complained of regarding

17 these answering defendants were justified, privileged and reasonable under the circumstances.

18      **As and for a seventh, separate and distinct affirmative defense**, these answering

19 defendants are informed and believe and thereon allege that to the extent the complaint reflects

20 facts or theories of liability under state law against these answering defendants that are not set

21 forth in plaintiffs' claim, the complaint fails to state a cause of action pursuant to Government

22 Code sections 905 and 911.2.

23      **As and for an eighth, separate and distinct affirmative defense**, these answering

24 defendants are informed and believe and thereon allege that they are immune from liability for

25 state law claims pursuant to the provisions of Government Code section 900 et. seq.

26      **As and for a ninth, separate and distinct affirmative defense**, these answering

27 defendants are informed and believe and thereon allege they are  immune from liability for state

28 law claims pursuant to  California Government Code sections 820.2 and 820.4 and California

1    Penal Code sections 835(a), 836, 836.5, and 847(b).

2          **As and for a tenth, separate and distinct affirmative defense**, these answering

3    defendants are informed and believe and thereon allege that they are immune from liability for

4    damages, if any, arising from their investigation and enforcement of the law.

5          Defendants pray:

6    1.    That plaintiffs recover nothing by way of their complaint;

7    2.    That defendants be awarded their costs of suit; and

8    3.    That the court award such further relief as is just.

9

10   Dated:  April 7, 2025                    /S/ Dan Farrar_____

11                                            Dan Farrar
                                              Attorney for Defendants
12

13

14                            Demand for Trial by Jury

15

16         These answering defendants demand trial by jury.

17

18   Dated: April 7, 2025

19                                            /S/ Dan Farrar_____

20                                            Dan Farrar
                                              Attorney for Defendants
21

22

23

24

25

26

27

28